PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
98-CR-1887-001-R

DOCKET NUMBER (Rec. Court)
CR 04-00242 DAE

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Guadalupe PALAFOX-Barajas | | |

NAME OF SENTENCING JUDGE
John S. Rhoades

| DATES OF SUPERVISED RELEASE | FROM 6-24-03 | TO 6-23-06 |
|---|---|---|

OFFENSE

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class A felony.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 9 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF HAWAII upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/21/04
Date

John S. Rhoades
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

7/1/04
Effective Date

United States District Judge

cjm/cjm