# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00242DAE |
| CASE NAME: | U.S.A.. Vs. JOSE GUADALUPE PALAFOX-BARAJAS, aka Jose Guadalupe Palafox |
| ATTYS FOR PLA: | Tracy A. Hino<br>Siave Iafeta, Special Agent, ICE |
| ATTYS FOR DEFT: | Glenn D. Choy |
| INTERPRETER: | Luz Vega |
| U.S.P.O.: | Merilee N. Lau |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazioi |
| DATE: | March 14, 2006 | TIME: | 9:00 - 9:07 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation No. 1.

The Court finds that this is a Grade B violation, Criminal History Category I.

The defendant reserved and will allocute when Cr. 04-00072DAE is called.

The supervised release is revoked.

ADJUDGED: Impr. of 10 mos.

Supervised release is not imposed.

The defendant is advised of his right to appeal the sentence.

Submitted by: David H. Hisashima, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00242DAE |
| CASE NAME: | U.S.A.. Vs. JOSE GUADALUPE PALAFOX-BARAJAS, aka Jose Guadalupe Palafox |
| ATTYS FOR PLA: | Tracy A. Hino<br>Siave Iafeta, Special Agent, ICE |
| ATTYS FOR DEFT: | Glenn D. Choy |
| INTERPRETER: | Luz Vega |
| U.S.P.O.: | Merilee N. Lau |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazioi |
| DATE: | March 14, 2006 | TIME: | 9:00 - 9:07 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation No. 1.

The Court finds that this is a Grade B violation, Criminal History Category I.

The defendant reserved and will allocute when Cr. 04-00072DAE is called.

The supervised release is revoked.

ADJUDGED: Impr. of 10 mos.

Supervised release is not imposed.

The defendant is advised of his right to appeal the sentence.

Submitted by: David H. Hisashima, Courtroom Manager