AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation



# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at __0__ o'clock and __35__ min __A__ M
SUE BEITIA, CLERK



| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOSE GUADALUPE PALAFOX-BARAJAS,**<br>**aka Jose Guadalupe Palafox**<br>(Defendant's Name) | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: **1:04CR00242-001**<br>USM Number: 52351-198<br>**Glenn D. Choy**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of Standard Condition No. 1 of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | On or about 1/25/2004, the subject illegally entered the United States subsequent to deportation, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2)(1), as evidenced by the subject's guilty plea to the Indictment filed in the District of Hawaii, Docket No. CR04-00072DAE-01 and Standard Condition No. 1. | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **9976**

Defendant's Residence Address:
**Jalisco, Mexico**

Defendant's Mailing Address:
**Jalisco, Mexico**

March 14, 2006
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

April 11, 2006
Date

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:04CR00242-001 | Judgment - Page 2 of 2 |
| DEFENDANT: | JOSE GUADALUPE PALAFOX-BARAJAS, aka Jose Guadalupe Palafox | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 MONTHS .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal