EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Respondent,<br><br>     vs.<br><br>JOSE GUADALUPE PALAFOX-BARAJAS,<br><br>          Defendant-Petitioner. | ) CIV. NO. 07-00324 DAE/BMK<br>) CR. NO. 04-00242 DAE<br>)<br>) MOTION TO DISMISS DEFENDANT'S<br>) MOTION TO VACATE, SET ASIDE,<br>) OR CORRECT SENTENCE BY A<br>) PERSON IN FEDERAL CUSTODY<br>) (28 U.S.C. § 2255) FOR<br>) UNTIMELINESS; MEMORANDUM OF<br>) LAW; EXHIBIT "A"; CERTIFICATE<br>) OF SERVICE |

MOTION TO DISMISS DEFENDANT'S MOTION TO VACATE,
SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN
<u>FEDERAL CUSTODY (28 U.S.C. § 2255) FOR UNTIMELINESS</u>

The United States of America, by its undersigned counsel, hereby moves this Court to dismiss the Defendant's "Motion To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (28 U.S.C. § 2255)" because it was filed two

months after the statutory deadline for such motions making the Defendant's motion untimely.[1]

This motion is based upon the attached Memorandum of Law and the record and files in this case and the underlying proceedings.

DATED:  June 18, 2007 at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Tracy A. Hino
    TRACY A. HINO
    Assistant U.S. Attorney

---

[1] The Government notes that the criminal number on the Defendant's 2255 motion is incorrect and references the Defendant's conviction for Reentry After Deportation (Cr. No. O4-00072 DAE).  This conviction is currently pending the Defendant's petition for certiorari to the Supreme Court.  The Defendant's 2255 motion raises alleged errors in his supervised release revocation which is a completely different conviction (Cr. No. 04-00242 DAE).