AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 12 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**JOSE GUADALUPE PALAFOX-BARAJAS,**
aka Jose Guadalupe Palafox
(Defendant's Name)

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:   1:04CR00242-001
USM Number:        52351-198

Glenn D. Choy
Defendant's Attorney

**THE DEFENDANT:**

[✓]  admitted guilt to violation of Standard Condition No. 1 of the term of supervision.
[ ]  was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | On or about 1/25/2004, the subject illegally entered the United States subsequent to deportation, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2)(1), as evidenced by the subject's guilty plea to the Indictment filed in the District of Hawaii, Docket No. CR04-00072DAE-01 and Standard Condition No. 1. | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   9976

Defendant's Residence Address:
Jalisco, Mexico

Defendant's Mailing Address:
Jalisco, Mexico

March 14, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

DAVID ALAN EZRA, United States District Judge
Name & Title of Judicial Officer

April 11, 2006
Date

**EXHIBIT A**

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:     1:04CR00242-001                                              Judgment - Page 2 of 2
DEFENDANT:       JOSE GUADALUPE PALAFOX-BARAJAS, aka Jose Guadalupe Palafox

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 MONTHS .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                            _____
                                                            UNITED STATES MARSHAL

                                                   By       _____
                                                            Deputy U.S. Marshal